# 42UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:  James R. Craft              :        Case No.  12-57582

Dawn R. Craft                       :        Chapter 13

       Debtor(s)           :        Judge Charles M. Caldwell


## NOTIFICATION OF NEW ADDRESS OF DEBTOR(S)

Attorney, W. Mark Jump, hereby notifies the court of the above referenced Debtor (s) new address:

        1298 Zebulon Ave
        Columbus, OH  43224


    /s/W. Mark Jump
    W. Mark Jump (0062837)
    *Attorney for Debtors*
    Jump Legal Group
    2130 Arlington Avenue
    Columbus, OH 43221

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notification of New Address was served (i) **electronically** on November 3, 2017 through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. mail** on November 3, 2017 addressed to:

                                                     W. Mark Jump

Served via Regular Mail:

James R. Craft
1298 Zebulon Ave
Columbus, OH  43224


Dawn R. Craft
1298 Zebulon Ave
Columbus, OH  43224